O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BEARD,<br><br>          Plaintiff,<br><br>    vs.<br><br>DEAN CRENSHAW, ET AL.,<br><br>          Defendants. | CASE NO. CV 08-06349 GW (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the Report and adopts its findings and recommendations.

DATED: April 10, 2009

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE