O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BEARD,<br><br>                    Plaintiff,<br><br>     vs.<br><br>DEAN CRENSHAW, ET AL.,<br><br>                    Defendants. | CASE NO. CV 08-06349 GW (RZ)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed for failure to prosecute.

DATED: April 10, 2009

*George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE